UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW ALAN HAMPER,

                Plaintiff(s),

CASE NUMBER: 08-14016

HONORABLE SEAN F. COX

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant(s).

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On December 30, 2009, Magistrate Judge Michael Hluchaniuk submitted a Report and

Recommendation **[Doc. 15]** recommending that the Court grant Defendant's Motion for Summary

Judgment and deny Plaintiff's Motion for Summary Judgment. Because the Court has not received

objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D.

Mich. LR 72.1(d)(2), the Court will adopt the Magistrate Judge's Report and Recommendation.

The Court, therefore, DENIES Plaintiff's Motion for Summary Judgment, GRANTS Defendant's

Motion for Summary Judgment.

        **IT IS SO ORDERED.**

                        S/Sean F. Cox
                        Sean F. Cox
                        United States District Judge

Dated: February 8, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on
February 8, 2010, by electronic and/or ordinary mail.

                        S/Jennifer Hernandez
                        Case Manager